**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY WADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18-cv-02940 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| ABM INDUSTRIES INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

The parties' agreed motion to transfer venue to the U.S. District Court for the Central District of California [19] is granted. The Clerk of Court is directed to transfer this case forthwith to the United States District Court for the Central District of California. In transferring the case, this Court expresses no opinion on whether the case should be consolidated or coordinated for any purpose with any case already pending in the Central District of California; any such decision will be made according to the applicable rules and procedures of the transferee court. Motion hearing set for 6/12/2018 is stricken; parties need not appear. All other pending motions and hearing dates are stricken. Civil case terminated.

Dated: June 11, 2018

_____
Andrea R. Wood
United States District Judge