

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                      312-435-5670
**Clerk**

Date: 6/11/18

Re: Wade v. ABM Industries Incorporated

USDC Case Number: 18-cv-02940

Dear Clerk:

Pursuant to the order entered by Honorable Andrea R. Wood, on 6/11/18, the above record was

    x    electronically transmitted to Central District of California.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:    /s/ Anya Ellis
         Deputy Clerk

New Case No. _____     Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016